**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7390**

TIMOTHY LEE COLES,

        Plaintiff – Appellant,

    v.

COMMONWEALTH OF VIRGINIA, Department of Corrections; A. COTRELL; S. CHAMBERS; D. FORBES,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:11-cv-00192-REP)

Submitted: March 26, 2012        Decided: April 6, 2012

Before AGEE, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Timothy Lee Coles, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Lee Coles appeals the district court's order dismissing his civil action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Coles v. Virginia, No. 3:11-cv-00192-REP (E.D. Va. Sept. 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED